IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

REYNOLD HULL,

   Plaintiff,

    v.

LA NEAYSA CUMMING
MANAGER DHR, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-3043-TWT

ORDER

This is a pro se civil action seeking to set aside a garnishment for child support payments. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action for lack of subject matter jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 28 day of October, 2011.

      /s/Thomas W. Thrash
      THOMAS W. THRASH, JR.
      United States District Judge

T:\ORDERS\11\Hull\r&r.wpd